COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Chi Van Nguyen d/b/a First Sign Production v. Annie Bui
                              d/b/a Hylai Tailor

Appellate case number:        01-14-00239-CV

Trial court case number:      1024207

Trial court:                  County Civil Court at Law No. 2 of Harris County

The trial court below signed a final judgment on February 3, 2014. The notice of appeal was therefore due by March 5, 2014 or, if appellant timely filed a motion to extend time to file his notice of appeal, by March 20, 2014. *See* TEX. R. APP. P. 26.1, 26.3. To extend the deadline, however, appellant was required to timely file a motion for extension by March 20, 2014. *See* TEX. R. APP. P. 26.3. Nevertheless, a motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the 15-day extension period provided by Rule 26.3. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997). The appellant must, however, offer a reasonable explanation for failing to timely file the notice of appeal. *See* TEX. R. APP. P. 10.5(b), 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998).

Appellant, Chi Van Nguyen d/b/a First Sign Production, filed his notice of appeal on March 19, 2014. Appellant further filed a "Motion to Extend Time Deadline to File Notice of Appeal" on March 21, 2014. Although appellant's motion for extension of time was not timely filed within the 15-day extension period, the motion does provide a reasonable explanation for appellant's failure to timely file the notice of appeal. *See* TEX. R. APP. 26.3; *Jones*, 976 S.W.2d at 677. Therefore, we imply a motion for extension, grant the implied motion, and dismiss appellant's motion as moot.

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                              ☒ Acting individually     ☐ Acting for the Court

Date: April 17, 2014